UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

WALTER VAUGHN and

TEAIRRA HILL,

               **INDICTMENT**

        Defendants.

_____/

    The Grand Jury charges:

## COUNT 1
(Conspiracy to Distribute and Possess with
Intent to Distribute Controlled Substances)

Beginning on an unknown date and continuing from on or about November 20, 2025, through on or about June 30, 2026, in Ingham County, in the Southern Division of the Western District of Michigan, and elsewhere,

WALTER VAUGHN and
TEAIRRA HILL

knowingly and intentionally combined, conspired, confederated, and agreed with each other and with persons unknown to the Grand Jury to distribute and to possess with intent to distribute heroin, a Schedule I controlled substance, cocaine, a Schedule II controlled substance, fentanyl, a Schedule II controlled substance, and 50 grams or more of methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Distribution of Controlled Substances)

On or about November 20, 2025, in Ingham County, in the Southern Division

of the Western District of Michigan,

WALTER VAUGHN and

TEAIRRA HILL

knowingly and intentionally distributed 50 grams or more of methamphetamine, a

Schedule II controlled substance, and fentanyl, a Schedule II controlled substance,

and aided and abetted the same.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 3
(Distribution of Controlled Substances)

On or about December 4, 2025, in Ingham County, in the Southern Division of

the Western District of Michigan,

WALTER VAUGHN and

TEAIRRA HILL

knowingly and intentionally distributed 50 grams or more of methamphetamine, a

Schedule II controlled substance, and fentanyl, a Schedule II controlled substance,

and aided and abetted the same.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

## COUNT 4
(Felon in Possession of a Firearm)

On or about January 8, 2026, in Ingham County, in the Southern Division of the Western District of Michigan,

WALTER VAUGHN,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically a Glock 23 pistol, which was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## COUNT 5
(Possession with Intent to Distribute Methamphetamine)

On or about January 30, 2026, in Eaton County, in the Southern Division of

the Western District of Michigan,

WALTER VAUGHN

knowingly and intentionally possessed with intent to distribute 50 grams or more of

methamphetamine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)

## COUNT 6
(Possession with Intent to Distribute Controlled Substances)

On or about February 3, 2026, in Ingham County, in the Southern Division of

the Western District of Michigan,

TEAIRRA HILL

knowingly and intentionally possessed with intent to distribute heroin, a Schedule I

controlled substance, and 50 grams or more of methamphetamine, a Schedule II

controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)

6

## COUNT 7
(Possession with Intent to Distribute Controlled Substances)

On or about March 4, 2026, in Ingham County, in the Southern Division of the

Western District of Michigan,

WALTER VAUGHN and

TEAIRRA HILL

knowingly and intentionally possessed with intent to distribute heroin, a Schedule I

controlled substance, 50 grams or more of methamphetamine, a Schedule II

controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)

7

## COUNT 8
(Possession with Intent to Distribute Controlled Substances)

On or about June 30, 2026, in Eaton County, in the Southern Division of the

Western District of Michigan and elsewhere,

TEAIRRA HILL

knowingly and intentionally possessed with intent to distribute cocaine, a Schedule

II controlled substance, and 50 grams or more of methamphetamine, a Schedule II

controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(viii)
21 U.S.C. § 841(b)(1)(C)

8

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in Count 4 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of a violation of 18 U.S.C. § 922(g)(1) set forth in Count 4 of this Indictment,

WALTER VAUGHN

shall forfeit to the United States, any firearm and ammunition involved in or used in the knowing commission of the offense, including, but not limited to, the following property: one Glock 23 pistol and associated ammunition.

18 U.S.C. § 924(d)(1)
21 U.S.C. § 853(p)
28 U.S.C. § 2461(c)
18 U.S.C. § 922(g)(1)

TIMOTHY VERHEY
United States Attorney


_____
CLINTON WESTBROOK
AUSTIN J. HAKES
Assistant United States Attorneys

A TRUE BILL

[ /s/ Redacted ]
_____
GRAND JURY FOREPERSON

9